**J. J. NATHANSON, Appellant, v. UNITED STATES, Appellee.**

No. 4897.

Circuit Court of Appeals, Third Circuit.
March 1, 1933.

Frederic M. P. Pearse, of Newark, N. J., for appellant.

Harlan Besson, U. S. Atty., of Hoboken, N. J., and John W. Griggs, U. S. Atty., of Paterson, N. J.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

THOMPSON, Circuit Judge.

The facts and questions of law involved in this appeal are in all essentials similar to those in the case of J. J. Nathanson v. United States of America (C. C. A.) 63 F.(2d) 937, in which an opinion was filed this day.

On authority of the reasoning in that case, the judgment is affirmed.